signed. See, also, 77 Misc. Rep. 103, 136 N. Y. Supp. 49; 140 N. Y. Supp. 1133.

In re O'BRIAN. (Supreme Court, Appellate Division, First Department. March 28, 1913.) In the matter of Martin O'Brian, an attorney. No opinion. Referred to official referee. Settle order on notice.

O'CONNELL, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by Christopher J. O'Connell against the Press Publishing Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 77 Misc. Rep. 3, 137 N. Y. Supp. 332; 140 N. Y. Supp. 1134.

O'CONNELL, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Christopher J. O'Connell against the Press Publishing Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 140 N. Y. Supp. 1134) denied.

O'DONOGHUE, Respondent, v: GIBBS, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Joseph J. O'Donoghue, Jr., against William W. Gibbs. J. H. McCrahon, of New York City, for appellant. J. J. Kirby, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 143 App. Div. 930, 128 N. Y. Supp. 1137.

O'NEIL v. GENERAL FILM CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Appeal from Special Term, New York County. Action by James O'Neil against the General Film Company. From an order, as resettled, granting motion for an injunction during the pendency of the action, and an order denying a motion to strike out certain papers from the motion papers served upon the defendant for a temporary injunction, defendant appeals. Order granting motion for injunction affirmed. Nathan Burkan, of New York City, for appellant. David Gerber, of New York City, for respondent.

PER CURIAM. Without expressing an opinion as to the right of the plaintiff to recover on the trial, we affirm the order granting the injunction, in order to keep the situation as it is until the trial. The order is therefore affirmed, with $10 costs and disbursements.

OPPENHEIMER v. TREBLA REALTY CO. et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Herman H. Oppenheimer against the Trebla Realty Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 894.

In re OSGOODBY. (Supreme Court, Appellate Division, First Department. March 14,

1913.) In the matter of Alfred B. Osgoodby. No opinion. Referred to official referee. Settle order on notice. See, also, 153 App. Div. 896, 138 N. Y. Supp. 1132.

OSWEGO FALLS PULP & PAPER CO., Respondent, v. STECHER LITHOGRAPHIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by the Oswego Falls Pulp & Paper Company against the Stecher Lithographic Company. No opinion. Judgment and orders affirmed, with costs. See, also, 146 App. Div. 241, 130 N. Y. Supp. 897.

PALTANOWICZ, Appellant, v. MENDLOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Petronia Paltanowicz against Herman Mendlowitz. No opinion. Order unanimously affirmed, with costs.

PARELLA, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Nicholas Parella, as administrator, etc., of John Parella, deceased, against the New York, Ontario & Western Railway Company. No opinion. Motion for reargument (of 138 N. Y. Supp. 1132) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

PARK v. LATTANZI et al. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Frank L. Park against Giuseppe Lattanzi and another.

PER CURIAM. Judgment modified, so that the amount due to plaintiff upon his mortgage shall be fixed at the sum of $500, with interest thereon from February 2, 1911, and the amount of extra allowance reduced accordingly, and, as thus modified, affirmed, without costs, and final judgment rendered accordingly. We do not think that the evidence warrants a finding that plaintiff appropriated to the use of defendant Lattanzi, or held for his use uninvested, the sum of $6,000, or any sum whatever. So much of the findings of fact numbered 5 and 7 as find to the contrary are hereby reversed.

THOMAS, J., votes to modify the judgment, by allowing the $500, with interest, and interest on $6,000, so far as not reinvested, to the 30th day of August, 1911.

PATTERSON v. YOUNGS. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Mary Patterson against Chas. A. Youngs. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 670.

PENSABENE, Respondent, v. F. & J. AUDITORE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Francesco Pensabene, as ad-